UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TASHA NICOLE WILLIAMS,

    Plaintiff,

v.                                                                                       Case No: 8:17-cv-64-T-30AEP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. 13). Defendant filed Objections to the Magistrate Judge's Report and Recommendation on March 12, 2018 (Dkt. 14).

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Defendant's Objections to the Report and Recommendation, and an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 13) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The decision of the Commissioner is hereby REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further

administrative proceedings to provide a more complete analysis on why the VA disability rating should be discounted.

3.    The Clerk is directed to enter Final Judgment in favor of Plaintiff and against Defendant.

4.    The Clerk is directed to close this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of March, 2018.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record